UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:22-cv-06259-PA-MAR** | Date: July 8, 2024 |
| Title: *Rafael Martirosyan v. Deputy Nam et al* | |

Present: The Honorable: **MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE**

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (In Chambers) ORDER TO SHOW CAUSE WHY COUNSEL FOR DEFENDANTS SHOULD NOT BE SANCTION FOR FAILURE TO COMPLY WITH COURT ORDERS**

On May 17, 2024, the Court issued an order requesting that counsel for the served Defendants provide a status report as to the service of the remaining Defendants. ECF Docket No. ("Dkt.") 69. On May 29, 2024, counsel filed a status report, which indicated that some Defendants remained unidentified and that others simply never had summons issued. Dkt. 70. Counsel represented that he would be prepared to file a responsive pleading on behalf of the served Defendants within five days. Id.

On June 3, 2021, the Court issued an order directing that summons be issued on the remaining Defendants and that counsel for the served Defendants file a responsive pleading within fourteen days. Dkt. 71. It has been over twenty-one days, and as of this date, the served Defendants have not filed a responsive pleading, or communicated with the Court whatsoever.

Accordingly, Defendants are **ORDERED TO SHOW CAUSE** in writing, on or before July 15, 2023, why they have failed to file a responsive pleading. Defendants are cautioned that failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

**IT IS SO ORDERED.**

| | : |
|---|---|
| **Initials of Preparer** | vv |